UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIYAHU MOKHTAR, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>                        Defendants. | Civil Action No. 07 CV 5456<br><br>NOTICE OF RELATED CASES |

TO: THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE pursuant to Local Civil Rule 1.6(a) of the United States District Court for the Southern and Eastern Districts of New York, that the above-captioned action appears to arise from the same or substantially similar transactions, happenings or events and is related to the following actions: *Brickman Investments Inc. v. Allot Communications Ltd. et al.*, No. 07-cv-03455-RJH ("*Brickman* Action") and *Bilger v. Allot Communications Ltd. et al.*, No. 07-cv-03815-RJH ("*Bilger* Action") pending before the Honorable Richard J. Holwell.

WHEREFORE, upon said Notice and in accordance with Local Civil Rule 1.6(a), the undersigned counsel of record hereby requests:

    1.    That this action, *Mokhtar v. Allot Communications, Ltd., et al.*, be assigned to the Judge assigned to the *Brickman* and *Bilger* Actions; and

    2.    That all subsequent related actions be assigned to the Judge assigned to the above-referenced action.

Dated: June 8, 2007                                      Respectfully submitted,

                                                         **FARUQI & FARUQI, LLP**

                                                         By: _____
                                                         Nadeem Faruqi (NF-1184)
                                                         Shane Rowley (SR-0740)
                                                         Anthony Vozzolo (AV-8773)
                                                         369 Lexington Avenue, 10th Floor
                                                         New York, New York 10017-6531
                                                         Telephone: (212) 983-9330
                                                         Facsimile: (212) 983-9331

                                                         Corey D. Holzer
                                                         Michael I. Fistel, Jr.
                                                         **HOLZER HOLZER & FISTEL, LLC**
                                                         1117 Perimeter Center West Suite E-107
                                                         Atlanta, Georgia 30338
                                                         Telephone: (770) 392-0090
                                                         Facsimile: (770) 392-0029

                                                         *Attorneys for Plaintiff*